# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

Oct 05, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**United States of America**

**vs.**

**German Antonio Lopez-Velasquez**

)
)
)
)
)

Case No. 1:22-cr-00208-JLT-SKO-1

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ German Antonio Lopez-Velasquez _____ , have discussed with _____ Jessica McConville _____ , Pretrial Services Officer, modifications of my release conditions as follows:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer; and

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

× _____      × ___09/08/2022___      _____      ___9/9/22___
Signature of Defendant                     Date                          Pretrial Services Officer                  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                          ___9/15/2022___
Signature of Assistant United States Attorney                                  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                          ___10.4.17___
Signature of Defense Counsel                                              Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ___Oct 5, 2022___ .

☐ The above modification of conditions of release is *not* ordered.

_____                                          ___Oct 5, 2022___
Signature of Judicial Officer                                              Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services